IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 25-cv-01524-LTB

LINDA J. FOFANA,

    Plaintiff,

v.

UNITED STATES OF AMERICA,
FEDERAL BUREAU OF INVESTIGATION,
UNITED STATES MARSHALS,
DEPARTMENT OF JUSTICE, and
GOVERNOR JARED POLIS,

    Defendants.

---

## JUDGMENT

---

Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on July 18, 2025, it is hereby

ORDERED that Judgment is entered in favor of Defendants and against Plaintiff.

DATED at Denver, Colorado, this 18 day of July, 2025.

            FOR THE COURT,

            JEFFREY P. COLWELL, Clerk


            By: s/ A. Monares
                Deputy Clerk